EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Assistant U.S. Attorney

WES REBER PORTER           #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:     541-2850
facsimile:     541-2958
e-mail:        wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 3 2004

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR04-00419 HG |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| TINEIMALO ADKINS JR., ) | [18 U.S.C. § 922(g)(1)] |
| Defendant. ) | |

### I N D I C T M E N T
(felon in possession of a firearm and ammunition)

The Grand Jury charges that:

On or about October 22, 2004, in the District Of Hawaii, defendant TINEIMALO ADKINS JR., having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Colt, Mustang Pocket

Lite, .380 caliber, semiautomatic pistol, bearing Serial Number PL39290, and ammunition, to wit: .380 caliber cartridges.

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

DATED: November 3, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes

_____
WES REBER PORTER
Assistant U.S. Attorney